IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
|---|---|
| v. | Case No. _____ |
| JODY LYNN SHERRY-BERG | Violation: 49 U.S.C. § 46504 |

**Interference with Flight Crew Members and Attendants**

The Grand Jury Charges:

On or about January 16, 2025, in the District of North Dakota and elsewhere,

JODY LYNN SHERRY-BERG

on an aircraft in the special aircraft jurisdiction of the United States, namely an Allegiant Air flight from Harry Reid International Airport, Las Vegas, Nevada, to the Grand Forks International Airport, Grand Forks, North Dakota, did knowingly interfere with the performance of the duties of J.M., a flight crew member or flight attendant of the aircraft, and lessen the ability of the member or attendant to perform those duties, by assaulting and intimidating the flight attendant or flight crew member, specifically, Jody Lynn Sherry-Berg assaulted J.M. by grabbing J.M.'s genitals;

In violation of Tile 49, United States Code, Section 46504.

A TRUE BILL:

/s/ Foreperson_____
Foreperson

/s/ Jennifer Klemetsrud Puhl
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

RML/th