IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JODY SHERRY-BERG,<br><br>　　　　　　　　　Defendant. | Case No.: 3:25-cr-00086<br><br>WAIVER OF SPEEDY TRIAL |

[¶ 1]   Defendant, Jody Sherry-Berg, hereby expressly waives any right she has, pursuant to the Speedy Trial Act, 18 United States Code Sections 3161-3174, or the United States Constitution, with respect to a speedy trial. The Act and applicable rights thereunder have been explained to the undersigned by her attorney and she acknowledges that more than 70 days will elapse from the filing of the Indictment or Initial Appearance until Final Disposition of this case.

[¶ 2]   The undersigned also expressly waives her right to move for dismissal of the charges on the grounds of a Speedy Trial Act violation.

Dated this Wednesday, June 18, 2025

　　　　　　　　　　　　　　　　　　　　*Jody Sherry-Berg*
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Jody Sherry-Berg
　　　　　　　　　　　　　　　　　　　　Defendant

Doc ID: 5f558b7fa2aaef317f2611a8756327d97df09ca8